IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF VALDOSTA CITY, GEORGIA,<br><br>    Defendant. | Civil Action 7:70-CV-861 (HL) |

**ORDER**

The discovery period in this case is extended through October 21, 2011. The Board of Education is ordered to submit timely and complete responses to the Government's discovery requests. If any discovery disputes arise, the parties are directed to contact the Court immediately.

While the Government filed a response to the Board of Education's Motion for Unitary Status and Motion to Dismiss on May 5, 2011, the Court notes that the response was not a substantive response, and was more of a summary document and request for discovery. Thus, there is no formal response from the Government on record as to the Motion for Unitary Status. The Government is ordered to file a substantive response on or before November 21, 2011.

If the parties need any other relief from the Court, they are directed to file a motion. Future requests for extensions of time contained in letters will not be considered by the Court.

**SO ORDERED**, this the 6th day of September, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh