IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>         Plaintiff,<br><br>v.<br><br>**BOARD OF EDUCATION OF VALDOSTA CITY, GEORGIA,**<br><br>         Defendant. | Civil Action 7:70-CV-861 (HL) |

## ORDER

In light of the Consent Order entered by the Court on February 29, 2012, Defendants' Motion for Unitary Status and Motion to Dismiss (Doc. 6) are moot.

This case is to be administratively closed until further order of the Court.

**SO ORDERED**, this the 14th day of March, 2012.

                              *s/Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh